# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

United States of America

-vs-

Christopher Lancaster, Present, Self-Report

Action No.: 5:08CR00011-2

Date: 4/14/08

Judge: James G. Welsh, USMJ

Court Reporter. Karen Dotson, FTR

## LIST OF WITNESSES

Attorney

Jeb Terrien, AUSA, Present

Attorney

Fred Heblich, AFPD, Present

PLAINTIFF/GOVERNMENT:

1. _____

2. _____

3. _____

4. _____

DEFENDANT:

1. _____

2. _____

3. _____

4. _____

## PROCEEDINGS:

PO: Larry Breckenridge
Case Agent: DEA SA Brian Padgett
Deputy Clerk: Karen Dotson
CSO: Charlie Wyatt

Court advises dft why he is here and dft informed of his rights
Dft sworn; states name is Christopher Jeabons Lancaster; DOB: 1979; Educ: 2 years of college; no meds or drugs with the exception of methadone; no medical probs
Court reviews financial affidavit and finds dft tentatively qualifies for court appointed counsel and confirms appointment of AFPD, if dft makes bond dft will possibly have to make payments toward cost of atty
No issue of identity
Dft is advised of charges against him and range of punishment for each offense
Dft waives reading of indictment
Dft pleads Not Guilty to all charges
Gov't asks for dtn

Dft remanded to USM custody on temp dtn order
Bond Hrg set for Thursday, 4/17/08 at 10:00 am

Speakers: 1-judge; 2-dft; 3-AFPD; 4-AUSA; 5-PO

Time in Court: 11:56 am - 12:14 pm = 18 minutes